4290.   STRICKLAND v. THE STATE.

HILL, C. J.   1. In the absence of a timely written request, the failure to.
   instruct the jury on a theory of the defense, dependent alone on the
   statement of the accused to the jury, is not error.   *Jordan* v. *State*, 9
   *Ga. App.* 578· (71 S. E. 875).
2. The assignments of error of law are without merit, and the evidence
   fully supports the verdict.
                *Judgment affirmed.   Russell, J., absent because of illness.*
                        DECIDED AUGUST 6, 1912.

   Accusation of sale of liquor; from city court of Statesboro—
Judge Strange.   June 1, 1912.

   *J. F. Brannen, J. J. E. Anderson,* for plaintiff in error.
   *Fred T. Lanier, solicitor,* contra.

---

4294.   WARREN v. THE STATE.

HILL, C. J.   The evidence for the prosecution demanded a verdict that
   the accused was guilty of murder, and his own statement demanded the
   verdict of voluntary manslaughter, returned against him.   Any error
   of law was immaterial.
                *Judgment affirmed.   Russell, J., absent because of illness.*
                        DECIDED AUGUST 6, 1912. ·

   Indictment for murder; from Laurens superior court—Judge
Hawkins.   May 30, 1912.

   *Howard & Hightower,* for plaintiff in error.
   *E. D. Graham, solicitor-general,* contra.